**Electronically Filed
Supreme Court
SCWC-29659
21-FEB-2012
11:32 AM**

NO. SCWC-29659

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

SAMUEL WALKER, also known as Samuel Ahsan,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29659; CR. NO. 08-1-0586)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Samuel Walker's application for writ of certiorari, filed on January 17, 2012, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai‘i, February 21, 2012.

| | |
|---|---|
| Henry P. Ting, Deputy Public Defender, for petitioner/defendant-appellant on the application | /s/ Mark E. Recktenwald<br>/s/ Paula A. Nakayama<br>/s/ Simeon R. Acoba, Jr. |
| James M. Anderson, Deputy Prosecuting Attorney, for respondent/plaintiff-appellee on the response | /s/ James E. Duffy, Jr.<br>/s/ Sabrina S. McKenna |

